**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Scott A. Salmon, SBN 006443
ssalmon@cavanaghlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Nicholas Edward Bensfield, by and through its Court Appointed Personal Representative, Shirley Bensfield,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Fire Insurance Company, a foreign corporation doing business in Arizona,[1]<br><br>Defendant. | NO. _____<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") in compliance with the provisions of:

*(check one)*

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and

---

[1] Defendant is erroneously named as Liberty Mutual Insurance, a foreign corporation doing business in Arizona. The proper Defendant is Liberty Mutual Fire Insurance Company, a foreign corporation doing business in Arizona. Accordingly, Defendant has corrected the caption and requests that this caption be used in all future documents filed with the Court.

8247003_1

any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

\_\_\_\_ No such corporation.

**X** Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

**See Below** _____ Relationship _____

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

\_\_\_\_ Other (please explain) _____

Liberty Mutual Fire Insurance Company is a company organized under the laws of the Wisconsin and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business in Boston, Massachusetts.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Fire Insurance Company.

8247003_1

2

1  DATED this 16th day of March, 2017.

2  THE CAVANAGH LAW FIRM, P.A.

3  By: /s/ Scott A. Salmon
    Scott A. Salmon
4   Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic copy to the following party:

George E. Mueller
Mueller Law Group, P.A.
2211 East Camelback Road, Suite 307
Phoenix, Arizona 85016
Attorneys for Plaintiff

/s/DAF