**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Scott A. Salmon, SBN 006443
ssalmon@cavanaghlaw.com
Karen Stafford, SBN 030308
kstafford@cavanaghlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Nicholas Edward Bensfield, by and through its Court Appointed Personal Representative, Shirley Bensfield,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Fire Insurance Company, a foreign corporation doing business in Arizona,<br><br>Defendant. | Case No.: CV-17-00797-PHX-DGC<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY**<br><br>(Assigned to the Honorable David G. Campbell) |

The Parties, through undersigned counsel, hereby stipulate and agree that the Final Judgment, attached hereto as Exhibit "A" and incorporated herein by reference, is approved as to form and content and may be entered by this Court in favor of Defendant Liberty Mutual Fire Insurance Company and against Plaintiff for all claims asserted by Plaintiff. The parties further agree that the judgement in favor of Defendant is final and not appealable and that they have reached this stipulation voluntarily in order to resolve the claims in this case without further litigation. Plaintiff and Defendant agree that the inclusion of Ariz. R. Civ. P. 54(c) language is appropriate, as no matters will remain

8454111_1

pending after the entry of this Final Judgment.  Plaintiff and Defendant further agree that there is no just reason for delay, and judgment can be immediately entered against Plaintiff, and that each party shall bear its own attorneys' fees and costs.

DATED this 12th day of October, 2017.

THE CAVANAGH LAW FIRM, P.A.

By:  ___ s/ Scott A. Salmon _____
     Scott A. Salmon
     Karen Stafford
     Attorneys for Defendant


MUELLER LAW GROUP, P.A.

By:  ___ s/ George E. Mueller (with permission) ___
     George E. Mueller
     Attorneys for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and an electronic copy to the following party:

George E. Mueller
Mueller Law Group, P.A.
2211 East Camelback Road, Suite 307
Phoenix, Arizona 85016
Attorneys for Plaintiff

___ s/Cindy Noeding _____

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000