# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Nicholas Edward Bensfield, by and through its Court Appointed Personal Representative, Shirley Bensfield,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Liberty Mutual Fire Insurance Company, a foreign corporation doing business in Arizona,<br><br>　　　　　　　　　　　　Defendant. | Case No.: CV-17-00797-PHX-DGC<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF**<br><br>(Assigned to the Honorable David G. Campbell) |

Pursuant to the Stipulation for Entry of Final Judgment in Favor of Defendant Liberty Mutual Fire Insurance Company, in which Plaintiff has stipulated to the immediate entry of judgment against it, and there being no just reason for delay,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant and against Plaintiff on all claims asserted by Plaintiff, that such judgment be final and not appealable, and that each party will bear its own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court, having found that there is no just reason for delay, expressly directs that this Judgment be entered at this time as a final judgment pursuant to Rule 54(c), Arizona Rules of Civil Procedure, as no further matters remain pending.

8454148_1